NATHAN ZELTZER, ESQ
SBN 5173
12 W. TAYLOR ST
RENO, NV 89509
(775)329-6400

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  JOSEPH MICHAEL SUNDE,      Case No.: 14-50937-btb
        VIKTORIYA SUNDE             Chapter: 7

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ____ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ____ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as exempt
- ____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ____ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
  - ____ Add/change address of already listed creditor - No fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ____ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- ____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 6-23-14     _____     _____
                                   Debtor                               Joint Debtor

In re __JOSEPH MICHAEL SUNDE & VIKTORIYA SUNDE__      Case No. __14-50937-btb__
                     Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 75% of Est. Personal Checking Account<br>Heritage Bank | J | 10.00 |
| | | 75% of Est. SOKOL Trust #2 Checking Account<br>Heritage Bank | J | 1.00 |
| | | 75% of Est. Business Checking Account<br>Plumas Bank | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit<br>Debtor's Residence | J | 1,695.00 |
| | | Security Deposit (business)<br>Debtor's Business | J | 900.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Items, Wedding Rings & effects<br>Debtor's Residence | J | 1,600.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel<br>Debtor's Residence | J | 600.00 |
| 7. Furs and jewelry. | | | | |

In re  JOSEPH MICHAEL SUNDE & VIKTORIYA SUNDE    Case No. 14-50937-btb
            Debtor                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Costume Jewelry<br>Debtor's Residence | W | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Skis, boots and poles<br>Debtor's Residence | J | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | 75% of Est. Earnings<br>Debtor's Residence | J | 1.00 |
| | | Social Security<br>Debtor's Residence | H | 1,557.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Amended

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-812 - 32988-301X-*****

In re  JOSEPH MICHAEL SUNDE & VIKTORIYA SUNDE            Case No. 14-50937-btb
　　　　　　　　　　Debtor                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Possible Lawsuit against Victoria Crockett<br>Victoria Crockett | H | 500,000.00 |
| | | Lawsuit for Fraud against Victoria & Robert Crockett<br>Victoria & Robert Crockett | J | 239,000.00 |
| | | Possible legal claim against The O'Mara Law Firm P.C<br>Debtor's Residence | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Lexus ES330<br>Debtor's Residence | J | 13,230.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 Computers and 2 printers<br>Debtor's Residence | J | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver 4.7.7-812 - 32988-301X-*****

In re __JOSEPH MICHAEL SUNDE & VIKTORYA SUNDE__          Case No. __14-50937-btb__
                    Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

*Amended*

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Tax Refund, 25% of Earnings & Bank Accounts<br>Debtor's Residence | H | 850.00 |
| | | Tax Refund, 25% of Earnings & Bank Accounts<br>Debtor's Residence | W | 100.00 |

                      __0__ continuation sheets attached    Total    $    760,244.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-812 - 32988-301X-*****